UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

TINDALL CORPORATION,

                  **Plaintiff,**

        v.                                      **NOTICE OF MOTION**

BERKLEY ASSURANCE COMPANY,        Civil Action No.  1:22-cv-00745

                  **Defendant.**

### NOTICE OF MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that Plaintiff, by its counsel, Bond, Schoeneck & King, PLLC and the Milone Law Firm PLLC, will move this Court before the Hon. John L. Sinatra, U.S.D.J. at the United State Courthouse, 2 Niagara Square, Buffalo, New York 14202, at a time and date set by the Court for an Order granting Plaintiff Tindall Corporation and Defendant Berkley Assurance Company a fourteen day extension of time, pursuant to Fed. R. Civ. P. 72 and the Local Rule of Civil Procedure 72, to file objections to the Report and Recommendation of the Hon. Michael J. Romer, U.S.M.J. filed and served on the parties February 21, 2025 which granted Defendant Berkley Assurance Company's motion for summary judgment and denied Plaintiff Tindall Corporation's motion for summary judgment.

**PLEASE TAKE FURTHER NOTICE** that the motion is based upon the accompanying Declaration of Richard D. Milone, Esq., submitted in support of the motion.

Dated: February 28, 2025                MILONE LAW FIRM PLLC

                                                /s/Richard D. Milone, Esq.
                                                Richard D. Milone, Esq.
                                                The Willard Office Building
                                                1455 Pennsylvania Avenue, NW
                                                Washington, DC 20004
                                                Telephone:  (202) 650-5510
                                                E-mail:  rmilone@milonelawfirm.com

2

BOND, SCHOENECK & KING, PLLC

Stephen A. Sharkey, Esq.
Kevin G. Cope, Esq.
*Attorneys for Plaintiff, Tindall Corporation*
Avant Building, Suite 900
200 Delaware Avenue
Buffalo, New York 14202
Telephone:  (716) 416-7000
E-mail:  ssharkey@bsk.com
              kcope@bsk.com

*Attorneys for Plaintiff*

2

C:\Users\dtmctaggart\OneDrive - Duane Morris LLP\Desktop\Berkley\NOM - Extension of Time to File Objections to RR(21148928.2)